NOTE: CHANGES MADE BY THE COURT

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>    Plaintiff,<br><br>    v.<br><br>ARTHUR K. WACHTEL, in individual and representative capacity as trustee of The Arthur K. Wachtel Trust dated October 24, 2018; and Does 1-10,<br><br>    Defendants. | Case No.: 2:18-CV-10396-JFW-JDE<br><br>**ORDER OF DISMISSAL** |

## **ORDER**

In the Notice of Settlement filed on February 28, 2019, Dkt. No. [10], the parties represent that they have settled this action. As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before April 29, 2019. The Court will retain jurisdiction for the sole purpose of enforcing the settlement until April 29, 2019. Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice. All dates in this action, including the trial date are vacated.

**IT IS SO ORDERED.**

Dated: March 1, 2019

_____
HONORABLE JOHN F. WALTER
United States District Judge